IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SC SJ HOLDINGS, LLC, et al., | ) | Bankruptcy Case No. 21-10549-JTD |
| | ) | Bankr. BAP No. 24-50 |
| | ) | |
| Reorganized Debtors. | ) | |
| _____ | ) | |
| THE CITY OF SAN JOSE, CALIFORNIA, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-992-MN |
| ACCOR MANAGEMENT US INC. f/k/a | ) | |
| FAIRMONT HOTELS & RESORTS (U.S.) | ) | |
| INC., | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **23rd day of May 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court held a teleconference on April 14, 2025, to further confer with counsel for both sides, and directed the parties to submit a further status report following the conference;

WHEREAS based upon the arguments presented by counsel, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE